### No. 5.

**PURDY** against **WALKER.** *Bennington*, 1817.

THE Court will not, on motion, dismiss a petition for a new trial, in a case where the judgment was against the plaintiff in error, who alledges, as cause for new trial, that the Court were mistaken in the law, and where the authorities cited in the petition to shew that the Court had mistaken the law, are all strong.

NOTE. At the next term of the Court in Bennington County, the Court decided to dismiss the petition without a hearing on the merits. Reporter.

See Abatement 13. Audita Querela 1.

ESTOPPEL—See Judgment 1. Error 2.